UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ORLANDO PAGAN,**

    **Plaintiff,**

v.                                                                     Case No.  8:07-mc-65-T-24TBM

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,**

    **Defendant.**
                                     /

## REPORT AND RECOMMENDATION

      THIS MATTER is before the court on Plaintiff's motion to proceed *in forma pauperis* (Doc. 1).  Plaintiff's affidavit suggests that he is indigent and should be allowed to proceed without paying the usual filing fee for civil actions.  However, 28 U.S.C. § 1915 requires the court to dismiss the case at any time if the court determines that (a) the allegation of poverty is untrue, or (b) the action is frivolous or malicious or fails to state a claim on which relief may be granted.  Id. at (e)(2)(A), (B).

      Plaintiff has not filed a complaint.  Rather, Plaintiff includes in his affidavit a statement of the nature of the action and allegations totaling five sentences.  Both are incomprehensible.  While *pro se* pleadings are to be construed liberally, I am unable to ascertain the type of claim Plaintiff is attempting to assert.  Moreover, Plaintiff has failed to submit page three of the Affidavit of Indigency form and the form is not notarized.  The pleading also fails to comply with Rules 3, 7, and 8 of the Federal Rules of Civil Procedure.

Accordingly, it is RECOMMENDED that the court DENY WITHOUT PREJUDICE Plaintiff's motion to proceed *in forma pauperis* (Doc. 1) and direct the Plaintiff to refile his claim in the form of a Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of this court within twenty (20) days.[1] The Clerk shall forward to Mr. Pagan a copy of this Report and Recommendation and a brochure from the Federal Bar Association Pro Bono Civil Litigation Project. It is strongly urged that Mr. Pagan seek the assistance of an attorney through this program or elsewhere before again filing papers with this court.

                                      Respectfully submitted on this
                                      17th day of August 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal and a *de novo* determination by a district judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; M.D. Fla. R. 6.02; see also Fed. R. Civ. P. 6; M.D. Fla. R. 4.20.

Copies to:
The Honorable Susan C. Bucklew, United States District Judge
Pro se Plaintiff

---

[1] Among other places, the Federal Rules of Civil Procedure can be found online at http://www.uscourts.gov/rules/newrules4.html, and the Local Rules can be found at the "Forms, Policies, and Publications" section of this court's website, http://www.uscourts.gov.