UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ORLANDO PAGAN,

       Plaintiff,

v.

                                                    Case No. 8:07-mc-65-T-24 TBM

UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION,

       Defendant.
_____/

## **O R D E R**

       This cause comes before the Court for consideration of Plaintiff's two motions to proceed in forma pauperis. (Doc. No. 1, 3). The first motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge McCoun has filed his report recommending that the Court deny the motion without prejudice. Since Plaintiff never filed a complaint in this case, the Magistrate Judge also recommends that the Court direct Plaintiff to file a complaint in this case within twenty days. (Doc. No. 2).

       Since there is no complaint in this case, the Court has to attempt to surmise Plaintiff's claim(s) based on his statements in the documents he filed with the Court. In his first affidavit of indigency, Plaintiff makes the following incomprehensible statement:

>        The information that I would like to give out to the United States District Court-Middle District of Florida-Tampa Division, contains excessive violence, prostitution crimes, drugs and incest behaviors, etc.
>        These acts are taking place were my sense of look through the tunnel of vision, which I have the difficulty of accepting these behaviors as well as you could understand, ought to think of you can put into life instead of how much you can take out.
>        Inevitably your lives will be fuller for letting federal employers the media, civil people with but none experience to continue these games.

> Today I am working among the living dead, no better or worse than any other game.
> I simply and sincerely attempt to dispute to resolve this differences amicably negotiation

(Doc. No. 1). Furthermore, in response to the Magistrate Judge's Report and Recommendation, Plaintiff filed another affidavit of indigency, in which he makes the following incomprehensible statements:

> This letter is in response to case number 8:07-MC-65-T-24TBM. The reason why I could not get these documents notarized or receive assistance from an attorney is that they will compromise their positions to do so. This is also the same reason I cannot comply with rules 3,7, and 8 of the Federal Rules of Civil Procedure. However, my allegations are clear. Even the head of the Department of Criminal Intelligence Bureau (Gregory L. Stout) understood the information presented to him.
> I am an influential person as an artist, and have the kids corning to me to obtain advice. They are living in fear, just as I am. This fear is like being hypnotized. Since 2005, I have been observing the various media, such as Foxl3, ABC, the radio, TBT newspaper, AA clubs, churches, and computer systems, such as the internet. All of these various media are working together to form the "V" nation. You want us to become predators, sex offenders, and drug users purchased via the internet. The real estate companies are also dealing with same as mentioned above; everybody pimping their wife's kids, etc. You think these allegations of poverty are untrue and incomprehensible. Are you old enough to relate? Can you relate to music? Go back to the Rolling Stones era. But get online so you can see first hand what is really going on; nobody working, etc. Maybe you have one of those virtual reality computer generated environments that seem real to the user. Especially pertaining to sex or playing, damaging or controlling any person out there (probably you have).

(Doc. No. 3).

Given that Plaintiff has failed to file a complaint in this matter, given that he states that he is unable to comply with Rules 3, 7, and 8 by filing a complaint, and given that his filings

thus far have been incomprehensible, the Court finds that it must deny Plaintiff's motions to proceed in forma pauperis and dismiss this case for failure to state a claim.[1]

Accordingly, it is now **ORDERED AND ADJUDGED** that the Court declines to adopt the Report and Recommendation, and instead, the Court denies the motions to proceed in forma pauperis (Doc. No. 1, 3) without prejudice and dismisses this case without prejudice. The Clerk is directed to terminate all pending motions and to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of September, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Pro Se Plaintiff

---

[1] Additionally, the Court notes that Plaintiff has failed to provide and financial information in either of the affidavits.

3